In The United States District Court
For The
District of Vermont

Timothy Wiley, Plaintiff, Pro se
v.
James Baker, CoreCivic,
Dennis J. Hawkins, Sr.,
and D. Jenkins, Defendants.

Civil Action No. 2:20-cv-154-wks-jmc

## Motion For Extension

Timothy Wiley #57668
TCCF
19351 U.S. Hwy 49 North
Tutwiler, MS 38963

## Statement of The Facts

On January 28, 2021, I received the Court's Report And Recommendation. And in the Analysis, IV. Leave to Amend, the Court has granted the Plaintiff.... "leave to amend his Complaint."
In the Court's Conclusion, the "Grant of Leave to Amend the Complaint within 30 day of the Court's order."

## Request Argument

The Plaintiff will not be able to amend his Complaint within 30 days (March 26, 2021).
The Law Library at the Facility were the Plaintiff reside at, are Monthly schedules.
The Plaintiff is humbly asking the Court to grant him 60 days to

(1)

Amend the Complaint?

Dated at Tutwiler, MS, this 2nd day of March 2021.

Timothy Wiley, pro se
Plaintiff

(2)