```
UNITED STATES DISTRICT COURT
           FOR THE
      DISTRICT OF VERMONT
```

TIMOTHY WILEY,                  :
                                :
        Plaintiff,              :
                                :
                                :
        v.                      : Civil Action No. 2:20-CV-154
                                :
JAMES BAKER, CORE CIVIC,        :
DENNIS J. HAWKINS, SR., and     :
D. JENKINS,                     :
                                :
        Defendants.             :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed January 28, 2021.

After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report. Plaintiff shall have 30 days from the date of this order within which to file an amended complaint.

Dated at Burlington, in the District of Vermont, this 28th day of June, 2021.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge