United States District Court
For The
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2021 JUL 12 AM 11:31
CLERK
BY /s/ LAW
DEPUTY CLERK

Case No. 2:20-cv-154

Plaintiff,
Timothy Wiley #57668

V.

Defendant(s),
James Baker, VTDOC Commissioner,
And Corecivic

## Amended Complaint

The Plaintiff is suing the Defendant(s) because they violated the Plaintiff's 42 U.S.C. §1983 and the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C §2000cc(a) et seq., alleging cruel and unusual punishment, religious discrimination, interference with free exercise of religion, and unequal treatment in violation of the First, Eighth and Fourteenth Amendments.

On April 24, 2020 Ramadan started, and on April 25, 2020 Plaintiff did not received

(1)

the "Suhur" (Breakfast) meal. On April 26, 2020 the "Suhur" (Breakfast) meal came too late, so the Plaintiff was not able to eat. On April 28, 2020 the "Suhur" (Breakfast) meal was late again. On May 19, 2020 the "Suhur" (Breakfast) meal came too late, and on May 20, 2020 the "Suhur" (Breakfast) meal came late and, at Night time (Dinner meal) didn't have enough Food for all the participating Muslim; so we was forced to "divided" what was send because the Kitchen staff wouldn't send more Food.

 The Plaintiff has been an "Out-of-State" inmate since 2006, and has been Muslim since 1986 (17 yrs old). And from his experiences being an Out-of-State inmate for the state of Vermont, this was the worst Ramadan(s).

 Ramadan ceremonial(s) is the "same" every year. . . . "Muslims Fast From Dawn to Sunset" every day for the whole month. They do not "Eat" or "Drink" until sunset.

 The Plaintiff has participate in every Ramadan since becoming an Out-of-State inmate in 2006, and understands the "First two to three days of arriving to a new Out-of-State facility things are

②

going to be off, but after being here a whole "year", the Plaintiff "Rights" to practice his religion Fell, on the responsibly of Vermont Department of Corrections.

## Instructions To Staff

Memorandum
Dateded: April 22, 2020
From: Chaplain Hawkins
Stated.... "4:am ---- Breakfast (suhur) meal, No later than 4:15am".

### Proof

IF the Defendant(s) provide the Viewing of M-Unit's camera ("Lobby") and Log Book (as requested in Plaintiff Grievance #5) it will show:

April 25, 2020 - No Breakfast.
April 26, 2020 - Late.
April 28, 2020 - 4:55am (Late)
May 14, 2020 - No Bags
May 15, 2020 - Late
May 19, 2020 - 4:35am (Late)
May 20, 2020 - 4:43am (Late); plus, Did not have enough Food For Dinner.

(3)

The Plaintiff is seeking $20,000.00 for Pain and Suffering, being force to starve beyond what's expected during Ramadan on the above mentioned Dates.

I understand I must have all of the following documents served on every Defendant(s) by the Sheriff's or Constable's office, or have the Defendant(s) sign a form agreeing to accept the papers by mail (a Waiver of Service Form):

- a Summons signed by the Clerk.
- a Blank Notice of Appearance Form for Defendant(s) to fill in, and
- a Copy of this Amended Complaint (and any attachments).

I also understand:
I must promptly file the proof of service or the signed waiver form with the Court must be sent to every party in the case, and I must file a Certificate of Service Form with each filing showing that I did that, and
- I have to follow the Vermont Rules of Civil Procedure.

(4)

Date
July 6, 2021

Timothy Wiley
Signature

Timothy Wiley #57668
Print / Type Name

TCCF
19351 U.S. Hwy. 49 North
Tutwiler, MS 38963
Address

(662) 345-6567
Phone

5