```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                        DISTRICT OF VERMONT
```

Timothy Wiley,                    :
    Plaintiff,                :
                              :
    v.                        : Civil No. 2:20 CV 154
                              :
James Baker and CoreCivic,        :
    Defendants.               :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed June 10, 2022 (Doc. 24). After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motions to dismiss (Docs. 21, 23), are GRANTED, and that all claims alleged in Many's complaint (Doc. 16) are DISMISSED.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings. <u>See</u>

e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

Dated at Burlington, in the District of Vermont, this 1st day of August, 2022.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge